UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | B/K Case No. 09-05652-DD |
| KENNETH GWYNN and ) | |
| JESSIE C. GWYNN, ) | Chapter 7 |
| ) | |
| Debtors. ) | NOTICE AND APPLICATION FOR SALE |

**TO: All Creditors and Parties in Interest**

YOU ARE HEREBY NOTIFIED that the Trustee in this case proposes to sell the property herein described according to the terms and conditions stated below.

TAKE FURTHER NOTICE that any response, return and/or objection to this application should be filed with the Clerk of the Bankruptcy Court no later than twenty one (21) days from service of motion/application and a copy simultaneously served on all parties in interest.

TAKE FURTHER NOTICE that no hearing will be held on this application unless a response, return and/or objection is timely filed and served, in which case, the Court will conduct a hearing on **June 21, 2011 at 9:00 am**, at the United States Bankruptcy Court, 145 King Street, Suite 225, Charleston, South Carolina. No further notice of this hearing will be given.

TYPE OF SALE:  Private Sale.

PROPERTY TO BE SOLD:    The Debtors' interest in Mountain County Properties, LLC  (Herein referred to as "MCP")
The Debtors' interest in Legacy Development SC Group, LLC (Herein referred to as "Legacy")

**NOTICE: THE TRUSTEE IS SELLING THE ABOVE-REFERENCED PROPERTY "AS IS," WITHOUT ANY WARRANTIES WHATSOEVER INCLUDING, BUT NOT LIMITED TO, WARRANTY AS TO TITLE, OWNERSHIP AND THE ABILITY TO TRANSFER THE INTEREST. THE BUYER AGREES TO RECEIVE THE PROPERTY WITH ALL FAULTS. THE TRUSTEE MAKES NO WARRANTY, EXPRESS OR IMPLIED, REGARDING THE PROPERTY, AND SPECIFICALLY EXCLUDES ANY IMPLIED WARRANTY OF MERCHANTABILITY AND ANY IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR USE OR PURPOSE. THE BUYER SHOULD HAVE THE TITLE TO THE PROPERTY RESEARCHED BEFORE THE CONSUMMATION OF THE SALE. THE TRUSTEE DOES NOT PROVIDE LIEN OPINIONS. THE SALE IS SUBJECT TO ANY AND ALL LIENS AND/ OR CORPORATE GOVERNANCE ISSUES.**

**THE BUYER HAS BEEN GIVEN THE OPPORTUNITY TO EXAMINE THE PROPERTY BEFORE SIGNING ANY CONTRACT OR SUBMITTING A BID TO PURCHASE THE PROPERTY, AND TO PERFORM SUCH TESTING, IF APPLICABLE, TO DETECT POSSIBLE LATENT DEFECTS.**

PRICE:  $20,000.00 for Mountain County Properties, LLC
$7,000.00 for Legacy Development SC Group, LLC

APPRAISAL VALUE: The values of the Debtors' interests in MCP and Legacy are unknown. The interests appear to have no value in the open market. Both LLCs appear to be undercapitalized.

BUYERS: Ryan E. M. Cunningham whose address is 3230 Pennsylvania Ave, Charleston, WV 25302. (The Buyer is a good faith purchaser for value under §363(m) and does not have any known adverse interest in this case or any parties involved in this case, including the Debtors, their counsel and the U.S. Trustee's office, except that the Buyer is a member of MCP. The Buyer is not a creditor of the Debtors.)

PLACE, DATE AND TIME OF SALE: This sale shall take place as soon as possible following the entry of the Order Approving the Sale by the U.S. Bankruptcy Court at a date, place and time to be agreed upon by the parties.

SALES AGENT/AUCTIONEER/BROKER/ETC.: Not Applicable.

EXPENSES OF SALE: Not Applicable. Note that this sale is not a "package deal". If a significantly higher offer is received on one LLC interest, the other LLC interest will still be sold subject to the conditions contained herein.

COMPENSATION TO SALES AGENT/AUCTIONEER/BROKER/ETC.: Not Applicable.

ESTIMATED TRUSTEE'S COMPENSATION: Reasonable compensation to be determined by the Court (but not to exceed the limits set in 11 U.S.C. §326(a)).

LIENS/MORTGAGES/SECURITY INTEREST ENCUMBERING PROPERTY: The sale is subject to all liens, including but not limited to a possible lien held by MCP. MCP alleges that the Debtor pledged his interest in MCP as collateral for a loan MCP made him for $2,400,000.00 as evidenced by a note and security agreement. MCP has not filed a claim in the Bankruptcy case and the Trustee reserves the right to object to such claim.

DEBTOR'S EXEMPTION: Not Applicable.

PROCEEDS ESTIMATED TO BE PAID TO THE ESTATE: $27,000.00

      Applicant is informed and believes that it would be in the best interest of the estate to sell said property by private sale. Applicant also believes that the funds to be recovered for the estate from the sale of said property justify its sale and the filing of this application.

      The Court may consider additional offers at any hearing held on this notice and application for sale. The Court may order at the hearing that the property be sold to another party on equivalent or more favorable terms.

      The Trustee may seek appropriate sanctions or other similar relief against any party filing a spurious objection to this notice and application.

      WHEREFORE, applicant requests the court issue an order authorizing sale of said property and such other and further relief as may be proper.

      /s/ Kevin Campbell
KEVIN CAMPBELL, TRUSTEE
Post Office Box 684
Mt. Pleasant, SC 29465
(843) 884-6874/884-0997(fax)
District Court ID No. 30

Dated: May 17, 2011     kcampbell@campbell-law-firm.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy Case No.: 09-05652-DD |
| Kenneth Gwynn and ) | |
| Jessie Gwynn ) | Chapter 7 |
| ) | |
| Debtor. ) | |

## CERTIFICATE OF MAILING

I, Meghan R. Garmany, Legal Assistant, Campbell Law Firm, P.A. hereby certify that on February 18, 2011 I mailed a true and correct copy of the following:

**NOTICE OF APPLICATION FOR SALE OF PROPERTY and
ORDER APPROVING SETTLEMENT**

by mailing said copies by First Class United States mail and Certified mail, with proper postage affixed thereto and addressed to the following parties and those on the mailing matrix

F. Miles Adler, Esq.
Adler Law Firm, LLC
241A Willbrook Blvd., Suite 200
Pawleys Island, SC 29585

Michael A. Henry
Gross McFinley, LLP
33 South Seventh Street
Allentown, PA 18105

Richard Neely
Law Offices of Neely & Callaghan
159 Summers Street
Charleston, WV 25301-2134

    /s/ Meghan R. Garmany
MEGHAN R. Garmany, Legal Assistant
Campbell Law Firm, PA
Post Office Box 684
Mt. Pleasant, SC 29465
(843) 884-6874/ (843) 884-0997 fax

Mt. Pleasant, South Carolina
Dated: May 20, 2011

```
Label Matrix for local noticing            AT&T Mobility                            B-Line, LLC
0420-2                                     c/o Afni, Inc.                           Mail Stop 550, 2101 4th Ave., Suite 1030
Case 09-05652-dd                           Attn: Managing Agent                     Seattle, WA 98121-2317
District of South Carolina                 PO Box 3427
Charleston                                 Bloomington IL 61702-3427
Fri May 20 08:15:26 EDT 2011

BP Cardmember Services                     BRET ANDERSON                            BRIAN AND TAMMY VIOLA
Attn: Managing Agent                       JOE P FOREST II                          JOHN P FOREST II
PO Box 15325                               STAHLZELLOE PC                           STAHLZELLOE PC
Wilmington DE 19886-5325                   11350 RANDOM HILLS RD STE 700            11350 RANDOM HILLS RD STE 700
                                           FAIRFAX VIRGINIA 22030-6044              FAIRFAX VIRGINIA 22030-6044

Bank of America                            Belk                                     Joseph F. Buzhardt III
c/o Firstsource Advantage, LLC             Attn: Managing Agent                     Office of the United States Trustee
PO Box 628                                 P Box 960012                             1835 Assembly Street Suite 953
Buffalo NY 14240-0628                      Orlando FL 32896-0012                    Columbia, SC 29201-2448

(p)CAPITAL ONE                             CATHERINE PUGSLEY                        CHRIS MARTIN
PO BOX 30285                               JOHN P FOREST II                         JOHN P FOREST II
SALT LAKE CITY UT 84130-0285               STAHLZELLOE PC                           STAHLZELLOE PC
                                           11350 RANDOM HILLS ROAD                  11350 RANDOM HILLS RD STE 700
                                           SUITE 700                                FAIRFAX VIRGINIA 22030-6044
                                           FAIRFAX VA 22030-6044

Kevin Campbell                             Suzanne Campbell Chisholm                Capital One/Mastercard
PO Box 684                                 Campbell Law Firm                        Attn: Managing Agent
Mount Pleasant, SC 29465-0684              890 Johnnie Dodds Blvd.                  PO Box 71083
                                           Mt. Pleasant, SC 29464-6129              Charlotte NC 28272-1083

Capital Recovery III LLC                   Chase Bank USA, N.A.                     Citi Advantage Card
c/o Recovery Management Systems Corp       PO Box 15145                             Attn: Managing Agent
25 SE 2nd Avenue Suite 1120                Wilmington, DE 19850-5145                PO box 688901
Miami, FL 33131-1605                                                                Des Moines IA 50368-8901

Citibank Choice Visa                       Felix B. Clayton                         Felix B. Clayton
Attn: Managing Agent                       PO Box 1044                              Law Office of Felix B. Clayton
PO box 26999                               Beaufort, SC 29901-1044                  P.O. Box 1044
San Diego CA 92196-0999                                                             Beaufort, SC 29901-1044

Cockinos Appraisal Service                 CompuCredit                              B. Lindsay Crawford III
Attn: Managing Agent                       16 McLeland Road                         Crawford & Von Keller LLC
618 Chestnut Rd., Suite 103                St. Cloud, MN 56303-2198                 PO Box 4216
Myrtle Beach SC 29572-5504                                                          Columbia, SC 29240-4216

Dillards                                   Eastern Savings Bank                     Eastern Savings Bank, FSB, isaoa
Attn: Managing Agent                       c/o Joseph T. Merli, Esq.                11350 McCormick Rd., EP 2 #300
PO Box 960012                              PO Box 71727                             Hunt Valley, MD 21031-1002
Orlando FL 32896-0012                      North Charleston SC 29415-1727

FFCC-Columbus, Inc.                        First Citizens Bank                      GMAC
Attn: Managing Agent                       c/o Nationwide Credit                    Attn: Managing Agent
1550 Old Henderson Rd., Suite 100          Attn: Managing Agent                     PO Box 380901
Columbus OH 43220-3626                     PO Box 740640                            Minneapolis MN 55438-0901
                                           Atlanta GA 30374-0640
```

GMAC
P O Box 130424
Roseville, MN 55113-0004

Golf Village Property Owners Associati
c/o Patrick & Stathos, LLC
PO Drawer 15669
Myrtle Beach SC 29587-5669

Jessie C. Gwynn
1511 Serena Drive
Myrtle Beach, SC 29579-5102

Kenneth H. Gwynn
1511 Serena Drive
Myrtle Beach, SC 29579-5102

Janet B. Haigler
Finkel Law Firm, LLC
1201 Main Street, Suite 1800
PO Box 1799
Columbia, SC 29202-1799

Janet B. Haigler
Finkel Law Firm, LLC
PO Box 1799
Columbia, SC 29202-1799

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 953185
ST LOUIS, MO 63195-3185

JOHN HERLIHY
JOHN P FOREST II
STAHLZELLOE PC
11350 RANDOM HILLS RD STE 700
FAIRFAX VIRGINIA 22030-6044

JULIE DAY
JOHN P FOREST II
STAHLZELLOE PC
11350 RANDOM HILLS ROAD
SUITE 700
FAIRFAX VA 22030-6044

Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD, MN 56302-7999

KEVIN FORD
JOHN P FOREST II
STAHLZELLOE PC
11350 RANDOM HILLS RD STE 700
FAIRFAX VIRGINIA 22030-6044

LTD Financial Services, LP
Attn: Managing Agent
7322 Southwest Freeway, Suite 1600
Houston TX 77074-2053

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lowe's
Attn: Managing Agent
PO Box 530970
Atlanta GA 30353-0970

Lowe's
Attn: Managing Agent
PO Box 960010
Orlando FL 32896-0010

MICHAEL HARRIS
JOHN P FOREST II
STAHLZELLOE PC
11350 RANDOM HILLS ROAD
SUITE 700
FAIRFAX VA 22030-6044

NORTH STAR CAPITAL ACQUISITIONS LLC
c o Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Nissan-Infiniti LT
P.O. Box 660366
Dallas, TX 75266-0366

Ocean Atlantic Properties, LLC
Attn: Ron LeGrande
9799 Old St. Augustine Rd.
Jacksonville, FL 32257-8974

Office Depot
Attn: Managing Agent
PO Box 689020
Des Moines IA 50368-9020

PALLINO RECEIVABLES III LLC
c o Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Palisades Collections, LLC
Vativ Recovery Solutions LLC
As Agent For Palisades Collections, LLC
PO Box 19249
Sugar Land TX 77496-9249

Pier One Imports
Attn: Managing Agent
PO Box 15325
Wilmington DE 19886-5325

Pool Services Corp.
MARK CALDWELL GENERAL MANAGER
150 Sun Light Drive
Myrtle Beach SC 29588-9259

Mary R. Powers
Rogers Townsend Thomas PC
PO Box 100200
Columbia, SC 29202-3200

Quest Diagnostics Inc.
c/o AMCA
2269 Saw Mill River Rd., Bldg. 3
Elmsford NY 10523-3848

RMCB, Inc.
Attn: Managing Agent
2269 Saw Mill River Rd., Bldg. 3
Elmsford NY 10523-3848

ROBERT AND CHRISTINE SCIABICA
JOHN P FOREST II
STAHLZELLOE PC
11350 RANDOM HILLS RD STE 700
FAIRFAX VIRGINIA 22030-6044

Recovery Management Systems Corporation
25 SE Second Avenue
Suite 1120
Miami, FL 33131-1605

| | | |
|---|---|---|
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of Accounts Management Servi<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba DILLARD'S<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131-1605 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba LOWE'S PLATINUM VISA<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131-1605 | Regions Bank<br>Attn: Managing Agent<br>PO Box 11407<br>Birmingham, AL 35246-0054 | Rodale<br>Attn: Managing Agent<br>33 E. Minor St.<br>Emmaus PA 18098-0099 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Jennifer W. Rubin<br>Rogers Townsend and Thomas<br>PO Box 100200<br>Columbia, SC 29202-3200 | SC Dept. of Revenue<br>Attn: Managing Agent<br>PO Box 12265<br>Columbia, SC 29211-2265 |
| Shell Processing Center<br>Attn: Managing Agent<br>PO Box 183018<br>Columbus OH 43218-3018 | John Timothy Stack<br>Office of the United States Trustee<br>1835 Assembly Street Suite 953<br>Columbia, SC 29201-2448 | Streamline Irrigation & Lawn Service<br>Attn: Managing Agent<br>3236 Fieldstone Street<br>Myrtle Beach SC 29579-3305 |
| Surfside Cleaners<br>Attn: Managing Agent<br>PO Box 14034<br>Myrtle Beach SC 29587-4034 | THEODORE HOOTEN<br>JOHN P FOREST II<br>STAHLZELLOE PC<br>11350 RANDOM HILLS ROAD<br>SUITE 700<br>FAIRFAX VA 22030-6044 | US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly St.<br>Suite 953<br>Columbia, SC 29201-2448 |
| U. S. Trustee's Office<br>1835 Assembly Street, Room 953<br>Columbia, SC 29201-2448 | VATIV RECOVERY SOLUTIONS LLC<br>P.O. Box 40728<br>Houston, TX 77240-0728 | VATIV RECOVERY SOLUTIONS, LLC, dba SMC<br>As Agent For PALISADES COLLECTION/ ASTA<br>P.O. Box 40728<br>Houston, TX 77240-0728 |
| Vativ Recovery Solutions, LLC<br>PO Box 19249<br>Sugar Land, TX 77496-9249 | Viking Collection Service, Inc.<br>Attn: Managing Agent<br>PO Box 59207<br>Minneapolis MN 55459-0207 | Theodore Von Keller<br>Crawford and Von Keller<br>PO Box 4216<br>Columbia, SC 29240-4216 |
| WFNNB - Spiegel<br>Attn: Managing Agent<br>PO Box 659705<br>San Antonio TX 78265-9705 | Washington Mutual<br>Attn: Managing Agent<br>PO Box 44090<br>Jacksonville FL 32231-4090 | Washington Mutual Bank<br>7255 Baymeadows Way<br>Mail Stop JAXB2007<br>Jacksonville, FL 32256-6851 |
| Dalton H. Watkins<br>2008 Marion Street, Suite A-1<br>PO Box 1757<br>Columbia, SC 29202-1757 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
CAPITAL ONE BANK (USA), N.A.              Internal Revenue Service
C/O TSYS DEBT MANAGEMENT (TDM)            Centralized Insolvency Operation
PO BOX 5155                               PO Box 21126
NORCROSS, GA  30091                       Philadelphia, PA 19114
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Eastern Savings Bank, FSB, isoaa       (d)GMAC Inc.                              (d)Janet B. Haigler
11350 McCormick Rd., EP 2 #300            Post Office Box 130424                    Finkel Law Firm,, LLC
Hunt Valley MD 21031-1002                 Roseville, MN 55113-0004                  PO Box 1799
                                                                                    Columbia, SC 29202-1799


(u)JPMorgan Chase Bank, National Association   (u)Nissan Motor Acceptance Corporation    (d)Roundup Funding, LLC
                                                                                          MS 550
                                                                                          PO Box 91121
                                                                                          Seattle, WA 98111-9221


(u)Washington Mutual Bank, as servicer for De   End of Label Matrix
                                                Mailable recipients    84
                                                Bypassed recipients     7
                                                Total                  91
```

Case 09-05652-dd    Doc 141    Filed 05/20/11    Entered 05/20/11 08:19:39    Desc Main Document    Page 7 of 7